# Exhibit 2

Non-Method Claim: 1

| US9001581 | Innodisk MicroSD Card 3IE4 ("The accused product") |
|---|---|
| 1. A semiconductor memory device comprising: | The accused product is a semiconductor memory device (e.g., the accused product). <br><br> As shown below, the accused product is a flash memory card (semiconductor memory) based on BICS5. <br><br>  <br><br> https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4 |

| | |
|---|---|
| | **flash memory card**<br><br>**What is a flash memory card?**<br><br>A flash memory card --sometimes called a *storage card*-- is a small storage device that uses non-volatile semiconductor memory to store data on portable or remote computing devices. Such data includes text, pictures, audio and video.<br><br>https://www.techtarget.com/searchstorage/definition/memory-card<br><br>**100K P/E CYCLE, 33X LIFESPAN**<br><br>The MicroSD Card 3IE4, featuring BiCS5 112-layer 3D TLC NAND Flash and Innodisk's exclusive Ultra iSLC Technology, achieves an industry-leading 100K P/E cycle. This advancement extends the device lifespan by 33 times compared to conventional 3D TLC NAND Flash.<br><br>https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4 |
| a plurality of semiconductor memory cells; | The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells).<br><br>As shown below, the accused product is based on BICS5 and uses TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 16GB to 128GB, depending on the model. |

**100K P/E CYCLE, 33X LIFESPAN**    memory cell

The MicroSD Card 3IE4, featuring BiCS5 112-layer 3D TLC NAND Flash and Innodisk's exclusive Ultra iSLC Technology, achieves an industry-leading 100K P/E cycle. This advancement extends the device lifespan by 33 times compared to conventional 3D TLC NAND Flash.

https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4

# BORN FOR SUPERIOR PERFORMANCE

Innodisk MicroSD 3IE4 series, supporting Class 10 with UHS-I, are specifically designed for industrial PC and embedded applications. The 3.0 series SD card has the latest firmware architecture and Flash algorithms, including superior wear leveling and read disturb management, ensuring the highest reliability and endurance.

Innodisk MicroSD 3IE4 series provides a wide range of capacities from 16GB to 128GB with excellent quality TLC NAND Flash and is fully compliant with SD 3.0 and SD 2.0 specifications.

With its low power consumption and features above, the Innodisk MicroSD 3IE4 series can be applied to industrial automation, SBC (single-board computer), medical equipment, infotainment, and mobile applications.

https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4

Fifth-generation BiCS FLASH™ was developed jointly with technology and manufacturing partner Western Digital Corporation. It will be manufactured at Kioxia's Yokkaichi Plant and the newly built Kitakami Plant.

https://apac.kioxia.com/en-apac/business/news/2020/20200131-1.html



Figure 10: The BiCS Scaling March

https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf



*Figure 9: 3D NAND Architecture*

https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf

| | |
|---|---|
| | **What is TLC flash (triple-level cell flash)?**<br><br>TLC flash (triple-level cell flash) is a type of NAND flash memory that stores three bits of data per cell. TLC is also known as multi-level cell-3 (MLC-3), 3-bit MLC and X3.<br><br>Common use cases for TLC flash include enterprise-and consumer-grade solid-state drives (SSDs), storage cards in digital cameras and mobile phones, and USB drives. TLC flash offers a lower price per gigabyte than single-level cell (SLC) and MLC flash that typically stores two bits of data per cell. However, it's more expensive than quad-level cell (QLC) flash, which stores four bits of data per cell.<br><br>https://www.techtarget.com/searchstorage/definition/TLC-flash-triple-level-cell-flash |
| at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the accused product is based on BICS5 that uses a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells. |

## 100K P/E CYCLE, 33X LIFESPAN

memory cell

The MicroSD Card 3IE4, featuring BiCS5 112-layer 3D TLC NAND Flash and Innodisk's exclusive Ultra iSLC Technology, achieves an industry-leading 100K P/E cycle. This advancement extends the device lifespan by 33 times compared to conventional 3D TLC NAND Flash.

https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4

## BORN FOR SUPERIOR PERFORMANCE

Innodisk MicroSD 3IE4 series, supporting Class 10 with UHS-I, are specifically designed for industrial PC and embedded applications. The 3.0 series SD card has the latest firmware architecture and Flash algorithms, including superior wear leveling and read disturb management, ensuring the highest reliability and endurance.

Innodisk MicroSD 3IE4 series provides a wide range of capacities from 16GB to 128GB with excellent quality TLC NAND Flash and is fully compliant with SD 3.0 and SD 2.0 specifications.

With its low power consumption and features above, the Innodisk MicroSD 3IE4 series can be applied to industrial automation, SBC (single-board computer), medical equipment, infotainment, and mobile applications.

https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4



Figure 10: The BiCS Scaling March

https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf



Figure 9: 3D NAND Architecture

https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf

| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product is a memory device (e.g., the accused product), said memory device (e.g., the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).

As shown below, the accused product is based on BICS5 and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

**100K P/E CYCLE, 33X LIFESPAN** memory cell

The MicroSD Card 3IE4, featuring BiCS5 112-layer 3D TLC NAND Flash and Innodisk's exclusive Ultra iSLC Technology, achieves an industry-leading 100K P/E cycle. This advancement extends the device lifespan by 33 times compared to conventional 3D TLC NAND Flash.

https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4

# BORN FOR SUPERIOR PERFORMANCE

Innodisk MicroSD 3IE4 series, supporting Class 10 with UHS-I, are specifically designed for industrial PC and embedded applications. The 3.0 series SD card has the latest firmware architecture and Flash algorithms, including superior wear leveling and read disturb management, ensuring the highest reliability and endurance.

Innodisk MicroSD 3IE4 series provides a wide range of capacities from 16GB to 128GB with excellent quality TLC NAND Flash and is fully compliant with SD 3.0 and SD 2.0 specifications.

With its low power consumption and features above, the Innodisk MicroSD 3IE4 series can be applied to industrial automation, SBC (single-board computer), medical equipment, infotainment, and mobile applications.

https://www.innodisk.com/en/products/flash-storage/others-sd-card-microsd-card/microsd-card-3ie4



https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf

There are several features in Western Digital's 3D NAND technology that differentiate it from others. First of all, Charge Trap Layer (CTL) technology is used instead of Floating Gate (FG) which simplifies the architecture as well as the manufacturing process, and improves reliability. The non-conductive CTL acts as an insulator, reducing the number of errors while increasing reliability margins, overcoming the drawbacks associated with the conductive floating gate technology used in 2D NAND. Figure 6 shows a cross-section of a 3D NAND memory cell.

The combination of the CTL, along with relaxed design rules in the X-Y dimension (enabling larger cell critical dimensions), allow for more electrons to be stored in the larger 3D NAND cell. Its optimized circular cell design improves performance as well as the number of Program/Erase cycles, which in turn, improves endurance and allows for more Terabytes Written (TBW) over a longer period of time.

injecting charge

| | https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf |
|---|---|